**STATE OF RHODE ISLAND** **SUPERIOR COURT**
**PROVIDENCE, SC.**

**IRENE FERRUCCIO,**
**Plaintiff,**

**v.** **C.A. No. 06-1227**

**CHERRY HILL MANOR, CHERRY HILL NURSING HOME, LTD., LIFE CARE CENTERS OF AMERICA, INC., EDWARD J. MITSON, in his official capacity as General Partner of Cherry Hill Nursing Home, Ltd., PAMELA CHARRON and STEVEN HAASE,**
**Defendants.**

**DISMISSAL STIPULATION**

By agreement of the parties, the above-captioned action shall be dismissed, without prejudice, against Edward J. Mitson, in his official capacity as General Partner of Cherry Hill Nursing Home, Ltd., and Cherry Hill Nursing Home, Ltd. The action is **not** dismissed against the remaining Defendants, Life Care Centers of America, Inc., Pamela Charron and Steven Haase. No interest. No costs.

Plaintiff,
By her attorneys,

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
129 Dyer Street
Providence, RI 02903
(401) 421-0966
(401) 421-0964 (fax)

Defendants,
Edward Mitson and Cherry Hill Nursing Home, Ltd.,
By their attorney,

Robert Mitson, Jr., #3300
Mitson Law Associates
603 Park Avenue
Woonsocket, RI 02895
(401) 762-5900

(401) 762-5907 (fax)

**CERTIFICATION**

I hereby certify that a copy of the within document has been sent by first-class mail, postage pre-paid on the 7th day of September 2006, to Christopher J. Campbell, Esq., Jackson Lewis, LLP, 75 Park Place, Boston, MA 02116, and Robert Mitson, Jr., Mitson Law Associates, 603 Park Avenue, Woonsocket, RI 02895.