**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IRENE FERRUCCIO,** <br> **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 06-154S** |
| **CHERRY HILL MANOR, ET AL.,** <br> **Defendants.** | : | |

**ENTRY OF APPEARANCE**

I, Carly Beauvais Iafrate, hereby enter my appearance on behalf of Plaintiff Irene Ferruccio, in the above-entitled matter.

/s/ Carly Beauvais Iafrate

Carly Beauvais Iafrate, #6343
129 Dyer Street
Providence, RI 02903
(401) 421-0065
(401) 421-0964 (fax)

**CERTIFICATION**

The undersigned hereby certifies that this document has been filed electronically on this 31st day of December 2006, and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Christopher J. Campbell, Esq.
Jackson Lewis, LLP
75 Park Plaza
Boston, MA 02116

/s/ Carly Beauvais Iafrate