**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **IRENE FERRUCCIO** | |
| **Plaintiff,** | |
| | **C.A. No. 06-422S** |
| **v.** | |
| **CHERRY HILL MANOR, et al.,** | |
| **Defendants.** | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that the Plaintiff will take the deposition of **PAMELA CHARRON** at the Law Office of Patricia E. Andrews, 129 Dyer Street, Providence, RI, 02903, on Friday, May 4, 2007, at 10 a.m. upon oral examination before a notary public. Said examination will continue from day to day until completed.

Plaintiff Irene Ferruccio,
By her attorneys,

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
129 Dyer Street
Providence, RI 02903
(401) 421-0966
(401) 421-0964 (fax)

**CERTIFICATION**

I hereby certify that a copy of the within document has been sent by first-class mail to Christopher J. Campbell, Esq., Jackson Lewis, LLP, 75 Park Plaza, Boston, MA 02116, on the 16th day of April 2007.